**Daniel C. Sharpe, Esq. (SBN 267075)**
**WINDSOR TROY**
**3701 Wilshire Boulevard, Suite 1111**
**Los Angeles, California 90010**
**Phone: (323) 800-5405**
**Facsimile: (323) 800-5406**

Attorneys for Plaintiffs

## IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| I.R., a Minor, by and through his Guardian Ad Litem, Erika Garcia; J.L., a Minor, by and through his Guardian Ad Litem, Claudia Santoyo<br><br>Plaintiffs,<br><br>  v.<br><br>CITY OF LOS ANGELES, by and through the LOS ANGELES POLICE DEPARTMENT; BONITA WILLIAMS, an Individual; and DOES 1-25, inclusive<br><br>DEFENDANTS | No. 2:20-cv-02619-FMO (JCx)<br><br>**PLAINTIFFS' NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |

//

//

//

//

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to California Central District Local Rule 7.1-1, Plaintiffs provide the following Notice of Interested Parties.

The undersigned, counsel of record for Plaintiffs I.R. and J.L., minors by and through their respective guardian ad litems, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Parties | Connection or Interest |
|---|---|
| 1.    I.R., a Minor | Plaintiff |
| 2.    J.L., a Minor | Plaintiff |
| 3.    City of Los Angeles | Defendant |
| 4.    Bonita Williams | Defendant |
| 5.    Employees of Defendant City of Los Angeles that materially participated in the supervision of minors enrolled in the "Character Building Program" run by the City of Los Angeles, through the LAPD Jeopardy Program | Defendant DOES 1-25 |

Date: April 9, 2020                     WINDSOR TROY

By:   /S/ Daniel C. Sharpe, Esq.
      Daniel C. Sharpe, Esq.
      Attorney for Plaintiffs

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 3701 Wilshire Boulevard, Suite 1111, Los Angeles, California 90010.

On April 9, 2020, I served the foregoing document described as:

**PLAINTIFFS' NOTICE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1**

on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Frederick B. Hayes, Esq. (SBN 165315)
Anthony M. Miera, Esq. (SBN 138409)
**Los Angeles City Attorney's Office**
200 North Main Street, 6th Floor
Los Angeles, California 90012
Counsel for Defendants

☒      **BY CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the above-referenced documents with the clerk of the Court by suing the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the

☐      **BY EMAIL**:  By causing a true and correct copy of same to be sent by email to the addressee(s) as follows:

☐      **BY MAIL**:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in Los Angeles, California in the ordinary course of business. I am aware that on a motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

☐      **BY PERSONAL SERVICE**:  By causing such envelope to be delivered by hand to the office(s) of the addressee(s).

☒      I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

☒      I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on April 9, 2020

                          _/S/ Daniel C. Sharpe, Esq._____
                          Daniel C. Sharpe, Esq.