JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.R., a Minor, by and through his Guardian Ad Litem, Erika Garcia; J.L., a Minor, by and through his Guardian Ad Litem, Claudia Santoyo<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, by and through the LOS ANGELES POLICE DEPARTMENT; OFFICER BONITA WILLIAMS, an Individual; JOYCE FIELDS BREWER SIMPSON, an Individual; DOES 2-25, inclusive<br><br>　　　　　Defendants. | Case No.: 2:20-CV-02619-FMO (JCx)<br><br>**ORDER GRANTING PETITION [37] TO APPROVE SETTLEMENT OF CLAIMS ON BEHALF OF MINOR PLAINTIFFS I.R. AND J.L. AND DISTRIBUTION OF FUNDS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed the Petition for Approval of Settlement of Minors' Claims and Declarations and Exhibits in Support thereof, unopposed and without objection by Defendants, and finding compliance with C.D. Cal. R. 17-1, California Code of Civil Procedure § 372, and California Rule of Court 3.1384, as applicable, the Petition is hereby **GRANTED** as follows:

1. The settlement of $145,000.00 shall be divided evenly between Minor Plaintiffs I.R. and J.L. with each to receive $72,500.00 in gross settlement proceeds;
2. The reduced attorney fee of 30% shall be applied equally to the gross settlement proceeds for both minor plaintiffs;
3. The costs incurred in litigation in the amount of $524.76 shall be apportioned equally between the two minor plaintiffs;
4. The remaining $50,487.62 in net settlement proceeds for each minor plaintiff shall be placed in a custodial financial account that shall be administered via a minor's trust through the financial institution Bank of America, located at 3442 Wilshire Boulevard, Los Angeles, California 90010, which shall block any distribution of the principal or interest thereof except as follows:
   (a) Minor Plaintiffs shall not have access to the funds until they reach their eighteenth birthdays – January 30, 2027 for Minor I.R., April 20, 2027 for Minor J.L.;
   (b) Upon turning eighteen, each Minor Plaintiff shall have limited access to funds to pay costs incurred by attending an accredited college, university, or other accredited post-high school educational program;
   (c) Upon turning twenty-five – January 30, 2034 for Minor I.R.,

April 20, 2034 for Minor J.L. – each minor plaintiff shall have access to any remaining funds without any further restriction or limitation.

5. The above-captioned case is to be dismissed concurrently with the approval of this minors' compromise and signing of this order.

**IT IS SO ORDERED.**

Dated: November 23, 2020

_____/s/_____
HONORABLE FERNANDO M. OLGUIN